ACQUEST WEHRLE, LLC, Appellant-Respondent, v TOWN OF AM-HERST, Respondent-Appellant. (Appeal No. 1.)

Decided November 18, 2015

Appeals dismissed, without costs, by the Court of Appeals sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.